UNITED STATES of America,
Plaintiff–Appellee,

v.

Valentin **HIDALGO–PERALTA,** also known as Valentine Hidalgo–Peralta; Gadiel Hidalgo–Peralta, Defendants–Appellants.

No. 04–50376.
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Decided Jan. 3, 2005.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, Western

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Valentin Hidalgo–Peralta, Federal Correctional Institution Texarkana, Texarkana, TX, pro se.

Before GARZA, DeMOSS, and CLEMENT, Circuit Judges.

PER CURIAM: *

Court appointed counsel for Valentin Hidalgo–Peralta has moved for leave to withdraw in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Hidalgo–Peralta has received a copy of counsel's motion and brief but has not filed a response.

Our independent review of the record discloses one possible nonfrivolous issue for appeal. Hidalgo–Peralta may have an argument that *Blakely v. Washington,* —— U.S. ——, ——, 124 S.Ct. 2531, 2537, 159 L.Ed.2d 403 (2004) invalidates his sentence. However, Hidalgo–Peralta's sentence was based on the statutory minimum sentence, not the Federal Sentencing Guidelines, and this court has held that *Blakely* does not apply to the Federal Sentencing Guidelines. *United States v. Pineiro,* 377 F.3d 464, 473 (5th Cir.2004), *petition for cert. filed* (July 14, 2004). Nonetheless, counsel could have raised a potential *Blakely* issue to preserve it for Supreme Court review. *See McKnight v. General Motors Corp.,* 511 U.S. 659, 660, 114 S.Ct. 1826, 128 L.Ed.2d 655 (1994).

Because our independent review of the record has revealed this possible nonfrivolous issue for appeal, we deny counsel's motion to withdraw. By denying the motion to withdraw, Hidalgo–Peralta has

preserved the *Blakely* issue for further review. We pretermit further briefing, however, in light of *Pineiro,* and AFFIRM the judgment of the district court.

Accordingly, counsel's motion for leave to withdraw is DENIED, and the judgment of the district court is AFFIRMED.